IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 8:38 am, Jun 17, 2011

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| YELLOW BLUFF DEVELOPMENT, LLC | ) CHAPTER 11 CASE NO. 09-40019-JSD |
| | ) |
| Debtor | ) |
| | ) |

## ORDER CONFIRMING SALE

This matter came before the Court on the **16th day of June, 2011**, upon the application of **YELLOW BLUFF DEVELOPMENT, LLC,** debtor and debtor in possession (Applicant), for leave to sell certain real property of this estate.

The Court has considered the matter and no objection to the proposed sale having been filed as required by the Order and Notice of Sale dated the **13th day of June, 2011**, and good cause appearing why the sale as proposed should be approved, it is

**ORDERED** that the application be and the same is hereby approved. Applicant may proceed to sell the real property (*commonly known as Lot 14 of Yellow Bluff Subdivison, Midway, Georgia*), and described as:

> All that certain lot, tract or parcel of land situate, lying and being in the 1359th G.M. District of Liberty County, Georgia, being known and designated as Lot No. 14 Yellow Bluff Subdivision, containing 0.17 of an acre, more or less, as shown and represented on that certain plat of survey made and prepared by Joe P. Davis, Georgia Registered Land Surveyor No. 1436, bearing a plat date of May 20, 2005, and being recorded in Plat Section N-86, Page 2A, in the office of the Clerk of Superior Court of Liberty County, Georgia, said plat by specific reference is made a part hereof for descriptive and all other purposes. Said lot of land being bounded, now or formerly, as follows:  Northeasterly by Yellowbluff S/D, Phase II; Southeasterly by Lot No. 15; Southwesterly by 60' R/W of Yellow Bluff Drive; and Northwesterly by Lot No. 13 of said subdivision, all as shown on the above referred to plat of survey.

to **Bradley J. Franklin and Lori Anne Franklin,** for the sum of **$84,000.00**, cash.  Such sale shall be free and clear of liens with all valid liens attaching to the proceeds.

**IT IS FURTHER ORDERED** that at closing, and as stipulated in the Purchase and Sale Agreement attached to the application as Exhibit "A", buyers shall pay W&D Investments, Inc. an impact fee of $1,500.00.

**IT IS FURTHER ORDERED** that all ad valorem taxes due Liberty County Tax Commissioner, shall be paid in full at closing by Applicant and The Heritage Bank as set forth in the application.

**DONE and ORDERED** this _16th_ day of _June_, 2011.

```
JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF GEORGIA
```

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. Box 9945
SAVANNAH, GA 31412
(912) 790-1533