IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 3:19 pm, Oct 27, 2011

IN THE MATTER OF: )
)
YELLOW BLUFF DEVELOPMENT, LLC ) CHAPTER 11 CASE NO. 09-40019-JSD
)
Debtor )
)

## ORDER CONFIRMING SALE

This matter came before the Court on the 20TH day of October, 2011, upon the application of **YELLOW BLUFF DEVELOPMENT, LLC,** debtor and debtor in possession (Applicant), for leave to sell certain real property of this estate.

The Court has considered the matter and no objection to the proposed sale having been filed as required by the Order and Notice of Sale dated the 7TH day of September, 2011, and good cause appearing why the sale as proposed should be approved, it is

**ORDERED** that the application be and the same is hereby approved. Applicant may proceed to sell the real property (*commonly known as Lot 15 of Yellow Bluff Subdivison, 102 Yellow Bluff Drive, Midway, Georgia*), and described as:

ALL that certain lot, tract or parcel of land situate, lying and being in the 1359th G.M. District of Liberty County, Georgia, containing .20 Acre, more or less, and designated as Lot 15 Yellow Bluff Subdivision, as shown and represented on that certain plat of survey made and prepared by P.C. Simonton & Associates, Inc. dated May 20, 2005, and recorded in Plat Section N-86, page 2A, in the Office of the Clerk of Superior Court of Liberty County, Georgia, said plat by express reference incorporated herein for descriptive and all other purposes. Said Lot is bounded, now or formerly, as follows: On the North and East by other Lands of Yellow Bluff, on the South and South East by an unnamed access road, on the South and South West by Yellow Bluff Drive, and on the West by Lot 14, all as shown on the above mentioned plat of survey.

to **Ocean Investment, LLC,** for the sum of **$106,000.00**, cash. Such sale shall be free and clear of liens with all valid liens attaching to the proceeds.

**IT IS ORDERED** that all ad valorem taxes due Liberty County Tax Commissioner, shall be paid in full at closing by The Heritage Bank as set forth in the application.

**DONE and ORDERED** this 27th day of October, 2011.

JOHN S. DALIS
UNITED STATES BANKRUPTCY JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA  31412
(912) 790-1533